Alex Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Theresa C. Trenholm
Nevada Bar No. 16460
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:  (702)784-5252
Email: afugazzi@swlaw.com
       sprior@swlaw.com
       ttrenholm@swlaw.com

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ, individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on behalf of those similarly situated; STEPHANIE HUNTER, individually, KEVIN DAROSA, individually, HARRISON PORTER, individually, and on behalf of those similarly situated;<br><br>Plaintiffs,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency; CITY OF LAS VEGAS, a municipality,<br><br>Defendants. | Case No.: 2:25-cv-2476-CDS-BNW<br><br>**JOINT STATEMENT REGARDING REMOVED ACTION** |

Pursuant to the Court's December 15, 2025, Minute Order [ECF No. 2], Defendant Las Vegas Metropolitan Police Department ("LVMPD") and the City of Las Vegas (the "City") (collectively the "Defendants") submit the following responsive statement:

1. **The date on which you were served with a copy of the complaint**:

LVMPD was served with the complaint on November 13, 2025. The City was served with the complaint on November 17, 2025.

2. **The date on which you were served with a copy of the summons**:

LVMPD was served with the summons on November 13, 2025. The City was served with the summons on November 17, 2025.

3. **In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy**:

Not applicable; the removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4. **If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reasons removal has taken place at this time and the date you first received a paper identifying the basis for removal**.

Not applicable; LVMPD filed a notice of removal on December 12, 2025. The City filed consent to removal on December 15, 2025.

5. **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to state court**:

Not applicable; the state court action was commenced on November 7, 2025.

6. **The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not**.

///

Not applicable; all defendants formally consented to removal.

Dated: December 30, 2025.

SNELL & WILMER L.L.P.

By: */s/ Alex L. Fugazzi*
    Alex L. Fugazzi, Esq.
    Nevada Bar No. 9022
    Paul S. Prior, Esq.
    Nevada Bar No. 9324
    Theresa C. Trenholm, Esq.
    Nevada Bar No. 16460
    1700 South Pavilion Center Drive, Suite 700
    Las Vegas, Nevada 89135

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

JEFFRY M. DOROCAK
City Attorney

By: */s/ Nechole Garcia*
    Nechole Garcia
    Chief Deputy City Attorney
    Nevada Bar No. 12746
    495 South Main Street, Sixth Floor
    Las Vegas, Nevada 89101

*Attorneys for Defendant City of Las Vegas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I electronically filed the foregoing **JOINT STATEMENT REGARDING REMOVED ACTION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and/or via email.

DATED: December 30, 2025

                                  */s/ Debbie Shuta*
                                  An employee of SNELL & WILMER L.L.P.