1    ANTHONY P. SGRO
     NEVADA BAR NO. 3811
2    ALANNA C. BONDY
     NEVADA BAR NO. 14830
3    **SGRO & ROGER**
     2901 El Camino Avenue, Suite 204
4    Las Vegas, Nevada 89102
     Telephone: 702.384.9800
5    Facsimile: 702.665.4120
     TSgro@SgroandRoger.com
6    ABondy@SgroandRoger.com

7    JOHN R. BAILEY
     NEVADA BAR NO. 0137
8    DENNIS L. KENNEDY
     Nevada Bar No. 1462
9    JOSEPH A. LIEBMAN
     Nevada Bar No. 10125
10   PAUL C. WILLIAMS
     Nevada Bar No. 12524
11   JOE A. MORGAN
     Nevada Bar No. 16937
12   **BAILEY❖KENNEDY**
     8984 Spanish Ridge Avenue
13   Las Vegas, Nevada 89148-1302
     Telephone: 702.562.8820
14   Facsimile: 702.562.8821
     DKennedy@BaileyKennedy.com
15   JBailey@BaileyKennedy.com
     JLiebman@BaileyKennedy.com
16   PWilliams@BaileyKennedy.com
     JMorgan@BaileyKennedy.com
17   *Attorneys for Plaintiffs*

18

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

19

20   DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ, individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on behalf of those similarly situated; STEPHANIE

Case No. 2:25-cv-2476-CDS-BNW

**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (FIRST REQUEST)**

[ECF No. 12]

1      HUNTER, individually, KEVIN DAROSA,
       individually, HARRISON PORTER, individually,
2      and on behalf of those similarly situated;

3              Plaintiffs

4              vs.

5      LAS VEGAS METROPOLITAN POLICE
       DEPARTMENT, a law enforcement agency; CITY
6      OF LAS VEGAS, a municipality.

7             Defendants

8        Plaintiffs, by and through their undersigned counsel of record, and Defendants by and through

9 their undersigned counsel of record hereby stipulate and agree as follows:

10      1. On December 19, 2025, Defendant Las Vegas Metropolitan Police Department ("LVMPD")

11        filed its Motion to Dismiss Complaint.

12      2. On December 19, 2025, Defendant City of Las Vegas filed its Joinder to LVMPD's Motion to

13        Dismiss and Additional Points and Authorities.

14      3. On December 22, 2025 Defendant LVMPD filed its Joinder to City of Las Vegas' Additional

15        Points and Authorities.

16      4. The deadline for Plaintiffs to file their Opposition to Defendant LVMPD's Motion to Dismiss

17        and the City's Joinder and Additional Points and Authorities is currently January 2, 2026.

18      5. The parties have agreed to an extension of the deadline by which Plaintiffs must file their

19        Opposition(s) to 1) LVMPD's Motion to Dismiss Complaint, 2) City of Las Vegas' Joinder to

20        the Motion to Dismiss and Additional Points and Authorities, and 3) LVMPD's Joinder to City

21        of Las Vegas' Additional Points and Authorities on or before **January 23, 2026**.

22      6. The parties have also agreed that Defendants shall have until **February 13, 2026** to file any

23        response/reply to the Plaintiffs' Opposition.

24 ///

25 ///

26 ///

27 ///

28 ///

7. This stipulation is made in consideration of undersigned counsels' respective calendars and various scheduling conflicts and is not made for the purposes of delay.

8. This is the first stipulation for extension of time to file motions.

Dated this 31st day of December, 2025.

**SGRO & ROGER**

By: /s/ Alanna Bondy
ANTHONY P. SGRO
ALANNA C. BONDY
2901 EL CAMINO AVE., SUITE 204
LAS VEGAS, NV 89102

**BAILEY❖KENNEDY**
JOHN R. BAILEY
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
PAUL C. WILLIAMS
JOE A. MORGAN
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NV 89148
*Attorneys for Plaintiffs*

**SNELL & WILMER L.L.P.**

By:/s/ Alex Fugazzi
ALEX FUGAZZI, ESQ.
PAUL S. PRIOR, ESQ.
THERESA C. TRENHOLM
1700 SOUTH PAVILION CENTER DRIVE, SUITE 700
LAS VEGAS, NEVADA 89135
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

**CITY OF LAS VEGAS**

By:/s/ Nechole Garcia
JEFFRY M. DOROCAK, City Attorney
MORGAN DAVIS, Senior Assistant City Attorney
NECHOLE GARCIA, Chief Deputy City Attorney
495 SOUTH MAIN STREET, SIXTH FLOOR
LAS VEGAS, NV 89101
*Attorneys for City of Las Vegas*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 5, 2026 _____