ANTHONY P. SGRO
NEVADA BAR NO. 3811
ALANNA C. BONDY
NEVADA BAR NO. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone:  702.384.9800
Facsimile:  702.665.4120
TSgro@SgroandRoger.com
ABondy@SgroandRoger.com

JOHN R. BAILEY
NEVADA BAR NO. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
PAUL C. WILLIAMS
Nevada Bar No. 12524
JAVIERA A. SOTHERS
 Nevada Bar No. 17300
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JBailey@BaileyKennedy.com
JLiebman@BaileyKennedy.com
PWilliams@BaileyKennedy.com
 JSothers@BaileyKennedy.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ, individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on | Case No.  2:25-cv-2476-CDS-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF LVMPD'S MOTION TO DISMISS AND CITY OF LAS VEGAS' JOINDER AND ADDITIONAL POINTS AND AUTHORITIES**<br>**(FIRST REQUEST)** |

behalf of those similarly situated; STEPHANIE HUNTER, individually, KEVIN DAROSA, individually, HARRISON PORTER, individually, and on behalf of those similarly situated;

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency; CITY OF LAS VEGAS, a municipality.

Defendants.

Plaintiffs, by and through their undersigned counsel of record, and Defendants by and through their undersigned counsel of record hereby stipulate and agree as follows:

1. On December 19, 2025, Defendant Las Vegas Metropolitan Police Department ("LVMPD") filed its Motion to Dismiss Complaint. [ECF No. 7].

2. On December 19, 2025, Defendant City of Las Vegas (the "City") filed its Joinder to LVMPD's Motion to Dismiss and Additional Points and Authorities. [ECF No. 9].

3. On December 22, 2025, Defendant LVMPD filed its Joinder to the City's Additional Points and Authorities. [ECF No. 10].

4. On January 23, 2026, Plaintiffs filed their 1) Response to LVMPD's Motion to Dismiss and 2) Response to the City's Joinder to LVMPD's Motion to Dismiss and Additional Points and Authorities. [ECF Nos. 15 and 16].

5. LVMPD's and the City's Replies in Support of their Motions to Dismiss are presently due on February 13, 2026.

6. "[T]he Court may grant motions to stay discovery when a dispositive motion is pending if (1) the dispositive motion can be decided without further discovery; and (2) good cause exists to stay discovery." *Wooters v. Experian Info. Sols.*, No. 222CV01691CDSBNW, 2023 WL 3584109, at *3 (D. Nev. May 22, 2023).

7. "The burden is upon the party seeking the order to 'show good cause' by demonstrating harm or prejudice that will result from the discovery." *Id*. (quoting *Rivera v. NIBCO, Inc*., 364 F.3d 1057, 1063 (9th Cir. 2004)).

8. Harm or prejudice may result when proceeding with discovery prior to the resolution of a pending motion to dismiss will result in "undue burden or expense." *Id*.

9. Factors the Court considers in determining whether discovery will result in undue burden or expense include but are not limited to: "the complexity of the claim(s) at issue, the number of claims asserted, the number of parties involved in the litigation, the number of witnesses including experts, [and] the volume of documents at issue." *Id*.

10. Ultimately, in deciding a motion to stay discovery, the Court must "determine whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending, or whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case." *Id.* (quoting *Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011) (internal quotation omitted).

11. Both LVMPD's Motion to Dismiss Complaint and the City's Joinder and Additional Points and Authorities are dispositive motions that challenge the core legal issue presented in this case—namely, whether the Fair Labor Standards Act and Nevada wage-and-hour law require Defendants to include certain PERS retirement contributions in the calculation of the regular rate of pay for overtime purposes.

12. Although discovery may become relevant to certain issues in the case, the issues raised by the pending Motions to Dismiss present many legal questions that the Court may choose to resolve without the need for discovery.

13. Plaintiffs assert this action involves thousands of potential collective and class action members. Plaintiffs will seek production of discovery, particularly with respect to damages. Plaintiffs allege discovery will be extensive, complex, and voluminous, requiring the collection, production, and analysis of substantial payroll, retirement, and employment data over multiple years.

14. It is further anticipated that the parties will be required to retain expert witnesses to conduct detailed damages analyses based on that data, further increasing the burden and expense of proceeding with discovery prior to resolution of the pending Motions to Dismiss.

15. Proceeding with discovery before the Court resolves the pending Motions to Dismiss would require the parties to engage in extensive and costly discovery without guidance as to the legal

framework that will govern the claims, including the applicable statutes of limitations, the elements Plaintiffs must establish, and the scope of proof required (such as whether willfulness under the Fair Labor Standards Act is at issue).

16.     Staying discovery pending resolution of the Motions to Dismiss will conserve the resources of the parties and ensure that any discovery that proceeds is appropriately tailored to the claims and issues as defined by the Court's rulings.

17.     Plaintiffs expressly do not concede the merits of Defendants' Motions to Dismiss, and Defendants expressly do not concede the merits of the Plaintiffs' responses thereto. If the Motion to Dismiss is not granted in full, Defendants do not concede that class or collective action certification is appropriate. This stipulation is entered into solely for purposes of efficiency, proportionality, and case management.

18.     Accordingly, the Parties stipulate and agree that all discovery in this action shall be stayed pending the Court's resolution of the pending Motions to Dismiss.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / / /

/ / /

/ / /

/ / /

/ / /

19.    In conjunction with this stipulation, the Parties are contemporaneously submitting a proposed discovery plan and scheduling order that provides for proposed discovery deadlines to take effect following the Court's rulings on the Motions to Dismiss.

Dated this 26th day of January, 2026.

**SGRO & ROGER**

By: /s/ Alanna Bondy
ANTHONY P. SGRO
ALANNA C. BONDY
2901 EL CAMINO AVE., SUITE 204
LAS VEGAS, NV 89102

**BAILEY❖KENNEDY**
JOHN R. BAILEY
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
PAUL C. WILLIAMS
JAVIER M. SOTHERS
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NV 89148
*Attorneys for Plaintiffs*

**SNELL & WILMER L.L.P.**

By: /s/ Alex Fugazzi
ALEX FUGAZZI, ESQ.
PAUL S. PRIOR, ESQ.
THERESA C. TRENHOLM
1700 SOUTH PAVILION CENTER DRIVE, STE 700
LAS VEGAS, NEVADA 89135
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

**CITY OF LAS VEGAS**

By: /s/ Nechole Garcia
JEFFRY M. DOROCAK
City Attorney
MORGAN DAVIS
Senior Assistant City Attorney
NECHOLE GARCIA
Chief Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
*Attorneys for City of Las Vegas*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    January 27, 2026

Page **5** of **5**