JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
PAUL C. WILLIAMS
Nevada Bar No. 12524
JAVIERA A. SOTHERS
Nevada Bar No. 17300
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
PWilliams@BaileyKennedy.com
JSothers@BaileyKennedy.com

ANTHONY P. SGRO
Nevada Bar No. 3811
ALANNA C. BONDY
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
Facsimile: 702.665.4120
TSgro@SgroandRoger.com
ABondy@SgroandRoger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ,

Case No.  2:25-cv-02476-CDS-EJY

**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE ON PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION [DKT. 27]**

**(FIRST REQUEST)**

individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on behalf of those similarly situated; STEPHANIE HUNTER, individually, KEVIN DAROSA, individually, HARRISON PORTER, individually, and on behalf of those similarly situated;

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency; CITY OF LAS VEGAS, a municipality,

Defendants.

**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE ON PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION [DKT. 27]**

**(FIRST REQUEST)**

Plaintiffs, by and through their undersigned counsel of record, and Defendants, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 26, 2026, Plaintiffs filed their Motion for Preliminary Certification on Claim for Relief No. 1 – Fair Labor Standards Act (FLSA) (the "Motion for Preliminary Certification") [Dkt. 27].

2. On April 9, 2026, Las Vegas Metropolitan Police Department ("LVMPD") filed its Opposition to the Motion for Preliminary Certification [Dkt. 29].

3. On April 10, 2026, the City of Henderson filed a Joinder to LVMPD's Opposition to the Motion for Preliminary Certification [Dkt. 30].

4. The current deadline for Plaintiffs' Reply in Support of the Motion for Preliminary Certification is April 16, 2026.

5. In light of the short turnaround of the Reply deadline, as well as the length and substance of the briefing, Plaintiffs requested—and Defendants agreed—to a one-week extension on the Reply deadline (April 23, 2026).

6. This stipulation is made in consideration of Plaintiffs' counsels' calendars and various scheduling conflicts and is not made for the purposes of delay.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

7.    This is the first stipulation for extension of time relating to briefing on this Motion.

DATED this 13th day of April, 2026.

**BAILEY❖KENNEDY**

By: /s/ Joseph A. Liebman
    JOHN R. BAILEY
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    PAUL C. WILLIAMS
    JAVIERA A. SOTHERS

**SGRO & ROGER**
ANTHONY P. SGRO
ALANNA C. BONDY
*Attorneys for Plaintiffs*

**SNELL AND WILMER L.L.P.**

By: /s/ Alex Fugazzi
    ALEX FUGAZZI
    PAUL S. PRIOR
    THERESA C. TRENHOL
    *Attorneys for Defendant Las Vegas*
    *Metropolitan Police Department*

**CITY OF LAS VEGAS**

By: /s/ Nechole Garcia
    JEFFRY M. DOROCAK
    MORGAN DAVIS
    NECHOLE GARCIA
    *Attorneys for City of Las Vegas*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 13, 2026

**BAILEY❖KENNEDY**
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Page **3** of **3**