JOHN R. BAILEY
Nevada Bar No. 0137
DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
PAUL C. WILLIAMS
Nevada Bar No. 12524
JAVIERA A. SOTHERS
Nevada Bar No. 17300
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
PWilliams@BaileyKennedy.com
JSothers@BaileyKennedy.com

ANTHONY P. SGRO
Nevada Bar No. 3811
ALANNA C. BONDY
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: 702.384.9800
Facsimile: 702.665.4120
TSgro@SgroandRoger.com
ABondy@SgroandRoger.com

*Attorneys for Plaintiffs*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ,

Case No. 2:25-cv-02476-CDS-EJY

**STIPULATION AND ORDER TO EXTEND THE AMENDMENT DEADLINES SET FORTH IN THIS COURT'S OCTOBER 1, 2026 ORDER [ECF 34]**

**(FIRST REQUEST)**

individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on behalf of those similarly situated; STEPHANIE HUNTER, individually, KEVIN DAROSA, individually, HARRISON PORTER, individually, and on behalf of those similarly situated;

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency; CITY OF LAS VEGAS, a municipality,

Defendants.

**STIPULATION AND ORDER TO EXTEND THE AMENDMENT DEADLINES SET FORTH IN THIS COURT'S OCTOBER 1, 2026 ORDER [ECF 34]**

**(FIRST REQUEST)**

Plaintiffs, by and through their undersigned counsel of record, and Defendants, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On October 1, 2026, this Court issued an Order Granting in Part Defendant LVMPD's Motion to Dismiss, Granting the City of Las Vegas's Motion to Dismiss, Granting the Defendants' Request for Joinder, and Granting the Defendants' Request for Judicial Notice (the "Motion to Dismiss Order").

2. The Order set a deadline of October 22, 2026 for Plaintiffs to file a motion to amend with a proposed amended complaint if the amended complaint includes a renewed alleged violation of NRS 608, or to file an amended complaint if it does not include a renewed alleged violation of NRS 608.

3. Plaintiffs intend to file a motion to amend.

4. However, due to Plaintiffs' counsel's workload and some unforeseen obligations on other matters, Plaintiffs need additional time to file the motion to amend.

5. The Parties have stipulated and agree to extend the amendment deadlines set forth in the Motion to Dismiss Order to October 26, 2026.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

6. This stipulation is made in consideration of Plaintiffs' counsel's calendar and various scheduling conflicts and is not made for the purposes of delay.

7. This is the first stipulation for extension of time relating to these amendment deadlines.

DATED this 20th day of October, 2026.

**BAILEY❖KENNEDY**

By: /s/ Joseph A. Liebman
JOHN R. BAILEY
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
PAUL C. WILLIAMS
JAVIERA A. SOTHERS

**SGRO & ROGER**
ANTHONY P. SGRO
ALANNA C. BONDY
*Attorneys for Plaintiffs*

**SNELL AND WILMER L.L.P.**

By: /s/ Swen Prior
ALEX FUGAZZI
SWEN PRIOR
KATIE STOUT
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

**CITY OF LAS VEGAS**

By: /s/ Nechole Garcia
JEFFRY M. DOROCAK
MORGAN DAVIS
NECHOLE GARCIA
*Attorneys for City of Las Vegas*

**ORDER**

IT IS SO ORDERED.

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820