Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Dominika Batten, Esq.
Nevada Bar No. 12258
Kaitlyn Stout, Esq.
Nevada Bar No. 17304
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702)784-5252
Email: afugazzi@swlaw.com
sprior@swlaw.com
dbatten@swlaw.com
kmstout@swlaw.com

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL COYNE, individually and on behalf of those similarly situated; KALUNA AKI, individually and on behalf of those similarly situated; ROBERTO ANGULO, individually and on behalf of those similarly situated, ROBERT GLOWINSKI, individually and on behalf of those similarly situated; PADILLA MILLS, individually and on behalf of those similarly situated; SCOTT NICHOLAS, individually and on behalf of those similarly situated; SANDER NYGAARD, individually and on behalf of those similarly situated; JOHNNY RODRIGUEZ, individually and on behalf of those similarly situated; MATTHEW LONG, individually and on behalf of those similarly situated; BRANDON LIPSCHITZ, individually and on behalf of those similarly situated; DAVID GOLDYN, individually and on behalf of those similarly situated; STEPHANIE HUNTER, individually, KEVIN DAROSA, individually, HARRISON PORTER, individually, and on behalf of those similarly situated;

Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency; CITY OF LAS VEGAS, a municipality,

Defendants.

Case No.: 2:25-cv-02476-CDS-EJY

**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND/OR TO CERTIFY THE NRS 608 QUESTION TO THE NEVADA SUPREME COURT AS WELL AS PLAINTIFFS' REPLY DEADLINE**

**(FIRST REQUEST)**

Plaintiffs and Defendants (collectively, the "Parties"), by and through their undersigned attorneys of record, agree to extend the deadline for Defendants to respond to Plaintiffs' Motion to Amend Complaint and/or to Certify the NRS 608 Question to the Nevada Supreme Court ("Motion") from the current deadline of November 9, 2026, to November 23, 2026, and Plaintiffs' deadline to file a Reply in Support of the Motion to December 9, 2026, based on the following:

1. Plaintiffs filed the Motion [ECF No. 40] on October 26, 2026, making the responses due November 9, 2026.

2. Defendants request an extension of two weeks to respond to Plaintiffs' Motion, up to November 23, 2026, because counsel for Defendant Las Vegas Metropolitan Police Department has competing deadlines in other matters, and the additional time will allow Defendants to adequately address the arguments raised in the Motion.

3. Due to the Thanksgiving holiday, Plaintiffs request an extension of nine days to file a Reply in Support of the Motion to December 9, 2026.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Defendants to file their responses to the Motion, up to and including November 23, 2026, to allow Defendants sufficient time to prepare their responses and to allow for client review.

2. The Parties stipulate to a new Reply deadline of December 9, 2026.

3. This is the first stipulation for extension of time relating to Defendants' responses to the Motion and Plaintiffs' reply.

4. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

SNELL & WILMER

Dated: November 4, 2026

SGRO & ROGER

By: */s/ Joseph A. Liebman*
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Alanna C. Bondy, Esq.
Nevada Bar No. 14830

BAILEY KENNEDY
John R. Bailey, Esq.
Nevada Bar No. 0137
Dennis L. Kennedy, Esq.
Nevada Bar No. 1462
Joseph A. Liebman, Esq.
Nevada Bar No. 10125
Joe A. Morgan, Esq.
Nevada Bar No. 16937
Paul C. Williams, Esq.
Nevada Bar No. 12524
Javiera A. Sothers, Esq.
Nevada Bar No. 17300

*Attorneys for Plaintiffs*

SNELL & WILMER L.L.P.

By: */s/ Dominika Batten*
Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Paul S. Prior, Esq.
Nevada Bar No. 9324
Dominika Batten, Esq.
Nevada Bar No. 12258
Kaitlyn Stout, Esq.
Nevada Bar No. 17304

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

CITY OF LAS VEGAS

By: */s/ Nechole Garcia*
Jeffry M. Dorocak, Esq.
Nevada Bar No. 13109
Morgan Davis
Nevada Bar No. 3707
Nechole Garcia
Nevada Bar No. 12746

*Attorneys for Defendant City of Las Vegas*

SNELL & WILMER

**ORDER**

Good cause appearing, the foregoing stipulation is GRANTED. Defendants Las Vegas Metropolitan Police Department and City of Las Vegas shall have through and until November 23, 2026, to file their responses to Plaintiffs' Motion to Amend Complaint and/or to Certify the NRS 608 Question to the Nevada Supreme Court. Plaintiffs shall have through and until December 9, 2026, to file a Reply in Support of the Motion.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 4, 2026